UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHON ANDERSON, | 1:02-CV-06166-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 41) |
| vs. | **ORDER DISMISSING ACTION** |
| SAMPATH SURYADEVARA, et al., | |
| Defendants. _____/ | |

Plaintiff, Michon Anderson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 14, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case. Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed March 14, 2005,
8 are ADOPTED IN FULL; and,
9    2.   This action is DISMISSED, without prejudice, for
10 plaintiff's failure to obey the court's orders, and failure to
11 prosecute.
12 IT IS SO ORDERED.
13 **Dated:  May 11, 2005**              /s/ Robert E. Coyle
   668554                         UNITED STATES DISTRICT JUDGE

2